Scheinesohn v. Lemonek.

## ERROR.

[Hamilton (1st) Circuit Court, July 3, 1909.]

ABRAHAM SCHEINESOHN V. SIMON LEMONEK.

RECORD ON PROSECUTION OF ERROR TO CHARGE TO JURY SHOULD SHOW ENTIRE INSTRUCTIONS ON SUBJECT COMPLAINED OF.

> Record on error prosecuted to charge to jury should show that the charge as embodied therein embodies all that the court said to the jury on the subject complained of.

ERROR to common pleas court.

*Hoffman, Bode & LeBlond,* for plaintiff in error:
*Frank Seinsheimer,* for defendant in error:

## SMITH, J.

The record does not show that the charge complained of was all that was said to the jury by the court upon the subject in litigation. For aught that appears the errors claimed to exist may have been corrected.

However, the court is of the opinion that in the charge, in its entirety, there is nothing prejudicial to plaintiff in error and the judgment is affirmed.

**Giffen** and **Swing, JJ.,** concur.